1032

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
DONALDSON, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 96-1-06453-6, Donald D. Haley, J., entered February 24, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Grosse and
Webster, JJ.

LANCE BONAMY, *Appellant*, v. THE CITY OF SEATTLE,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-13085-1, Harriet M. Cody, J., entered
January 31, 1997. *Affirmed* by unpublished per curiam
opinion. Now published at 92 Wn. App. 403.

THE STATE OF WASHINGTON, *Respondent*, v. CORINTHIAN
YVETTE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-04130-7, William L. Downing, J., entered
February 24, 1997. *Affirmed* by unpublished per curiam
opinion.

THE STATE OF WASHINGTON, *Respondent*, v. GUY LOUIS
BERGER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01813-3, Ronald L. Castleberry,
J., entered March 25, 1997. *Affirmed* by unpublished
opinion per Webster, J., concurred in by Baker and Becker,
JJ.